UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

v.                                        Case No. 05-cr-168-01-SM

<u>Robert Shatney</u>


O R D E R


Defendant's assented-to motion to continue the trial (document no. 10) is granted. Trial has been rescheduled for the February 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than November 1, 2005. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

       Final Pretrial Conference:    January 27, 2006 at 4:00 PM

       Jury Selection:    February 7, 2006 at 9:30 AM

       SO ORDERED.

October 24, 2005

                                  Steven J. McAuliffe
                                  Chief Judge

cc:  Helen Fitzgibbon, Esq.
      Paul Garrity, Esq.
      Jean-Claude Sakellarios, Esq.
      U. S. Probation
      U. S. Marshal