UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

        v.                Case No. 05-cr-168-01-SM

Robert Shatney


O R D E R


      Defendant's assented-to motion to continue the trial (document no. 19) is granted. Trial has been rescheduled for the April 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than February 10, 2006. On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  March 24, 2006  9:00 AM

    Jury Selection:           April 4, 2006 at 9:30 AM

    SO ORDERED.

February 3, 2006
                                      Steven J. McAuliffe
                                      Chief Judge

cc:  Helen Fitzgibbon, Esq.
      Jean-Claude Sakellario, Esq.
      Paul Garrity, Esq.
      U. S. Probation
      U. S. Marshal