UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                                    Case No. 05-cr-168-01-SM

Robert Shatney

O R D E R

Defendant's assented-to motion to continue the trial (document no. 22) is granted. Trial has been rescheduled for the June 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than March 31, 2006. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:   June 13, 2006  11:00 AM

    Jury Selection:   June 20, 2006 at 9:30 AM

    SO ORDERED.

March 22, 2006

                                        Steven J. McAuliffe
                                        Chief Judge

cc:  Helen Fitzgibbon, Esq.
     Jean-Claude Sakellario, Esq.
     Paul Garrity, Esq.
     U. S. Probation
     U. S. Marshal